[Nos. 60494-5-I; 60495-3-I;    Division One.    July 20, 2009.]
60497-0-I; 60498-8-I.

*In the Matter of the Marriage of* DORENE M. BORRACCHINI,
*Respondent,* and RICHARD LLEWELYN JONES, *Appellant.*

*In the Matter of the Marriage of* DIANA T. WOODRUFF-JONES,
*Respondent,* and RICHARD LLEWELYN JONES, *Appellant.*

*In the Matter of* THE STATE OF WASHINGTON, *on the relation
of M.L.C., Respondent,* PATRICIA LEIGH COTTON,
*Respondent,* RICHARD LLEWELYN JONES,
*Appellant.*

PATRICIA LEIGH COTTON, *Respondent,* v. RICHARD LLEWELYN
JONES, *Appellant.*

RICHARD LLEWELYN JONES, *Appellant,* v. THE STATE OF
WASHINGTON ET AL., *Respondents.*

Appeals from a judgment of the Superior Court for King
County, No. 89-3-08397-7, Theresa B. Doyle, J., entered
July 25, 2007. *Affirmed in part, reversed in part,* and
*remanded* by unpublished opinion per Leach, J., concurred
in by Ellington and Appelwick, JJ.

[No. 60651-4-I.   Division One.   July 20, 2009.]

THE CITY OF BOTHELL, *Respondent,* v. MARTIN F. KAISER,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 06-1-07474-9, Dean Scott Lum, J., entered
August 23, 2007. *Reversed* by unpublished opinion per Agid,
J., concurred in by Grosse and Becker, JJ. Now published at
152 Wn. App. 466.

[No. 60853-3-I.   Division One.   July 20, 2009.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSE FIGEROA
MARTINES, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 06-1-07857-4, Richard A. Jones, J., entered
October 22, 2007. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Schindler, C.J., and Leach, J.